# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Alicia Adelaide Al-Aryan, | Case No. 17-cv-2086 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| United States of America, | |
| Defendant. | |

This matter is before the Court, United States Magistrate Judge Tony N. Leung, on the United States of America's Motion for a Stay of Discovery in Light of Lapse of Appropriations (ECF No. 46). Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, such as "emergencies involving the safety of human life or the protection of property" until funding is restored to the Department. 31 U.S.C. § 1342. Plaintiff does not object to the motion. Based on the foregoing, **IT IS HEREBY ORDERED** that the United States of America's Motion for a Stay of Discovery in Light of Lapse of Appropriations (ECF No. 46) is **GRANTED,** and counsel for the United States of America shall inform the Court as soon as Congress has appropriated funds for the Department to resume operations.

Date: December 28, 2018

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge